Tony Pedicini, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Without consideration of the question of contributory negligence, the judgment and order of the County Court of Queens county are reversed, and a new trial ordered, costs to abide the event, upon the ground that the finding of negligence was against the weight of evidence. (See *Jackson* v. *Union Railway Company*, 77 App. Div. 161, and *Kappus* v. *Metropolitan Street R. Co.*, 82 id. 13, 18.) Jenks, P. J., Thomas, Carr and, Putnam, JJ., concurred; Rich, J., voted for affirmance.

The People of the State of New York, Respondent, v. Lye Lee, Appellant.— Judgment of conviction of the County Court of Kings county reversed, and a new trial ordered, upon the ground that the testimony of Ebba A. Dederer was not made competent evidence in the case. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Henry Spurdle, Appellant, v. Gertrude Spurdle, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Town of Islip, Respondent, v. Estates of Havemeyer Point and Others, Appellants.— Judgment affirmed, with costs, on the authority of *Tuma* v. *Piepenbrink* (160 App. Div. 225). Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Ovadio Varon, Respondent, v. American Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Henry J. Washburn, Respondent, v. John T. Rainier and Paul N. Lineberger, Appellants, and Others, Defendants.— Judgment reversed, with costs, and judgment rendered for the defendants John T. Rainier and Paul N. Lineberger dismissing the complaint on the merits, with costs, on the authority of *Washburn* v. *Rainier* (149 App. Div. 800). The twenty-third, twenty-fourth, twenty-fifth and twenty-sixth findings of fact, and the third, fourth, fifth, sixth and seventh conclusions of law are reversed, and findings of fact and conclusions of law as requested by the defendants and numbered as follows are made: 11th, 12th, 13th and 14th findings of fact; 1st, 2d, 3d, 4th, 5th and 6th conclusions of law. Jenks, P. J., Thomas, Carr, Stapleton and Rich, JJ., concurred.

Leander J. De Bokker, Respondent, v. Frederick A. Stokes Company and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted and stay granted on condition that defendants file an undertaking in the sum of $10,000. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ. Order to be settled before Mr. Justice Mills.

In the Matter of the Application of Ethel A. Cox, as Administratrix, etc. William J. Cody, Appellant.— Motion denied for lack of power, without costs. (See *Parks* v. *Murray*, 109 N. Y. 646.) Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Lawyers' Title Insurance and Trust Company, Respondent, v. Samuel G. Lockwood, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.